[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 16, 2010
JOHN LEY
CLERK

No. 08-17089
Non-Argument Calendar

_____

D. C. Docket No. 06-00008-CR-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT ALLEN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(February 16, 2010)

Before HULL, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

W. Vincent Settle, III, appointed counsel for Robert Allen, in this direct

criminal appeal, has moved to withdraw from further representation of the appellant because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Allen's conviction and sentence are **AFFIRMED**.